2015 FEB 17 AM 9: 23



# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| | ) | No. 71091-5-I |
| Respondent, | ) | |
| | ) | DIVISION ONE |
| v. | ) | |
| | ) | UNPUBLISHED OPINION |
| JANICE MARIE BURRELL, | ) | |
| | ) | FILED: FEB 1 7 2015 |
| Appellant. | ) | |
| | ) | |

PER CURIAM — Janice Burrell appeals from the sentence entered after she pleaded guilty to murder in the second degree (domestic violence). The State concedes that the trial court erred in ordering, as a condition of community custody, that Burrell participate in a mental health evaluation and follow any treatment recommendations. See RCW 71.24.025. We accept the State's concession, reverse the challenged condition, and remand solely to permit the trial court to strike the mental health evaluation and treatment condition.

Reversed and remanded.

FOR THE COURT:

Spearman, C.J

Becker, J.

Cox, J.